IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| STACEY KIBODEAUX, aka ILLUSION, an individual, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 3:20-cv-00008 |
| A&D INTERESTS, INC., D/B/A HEARTBREAKERS GENTLEMAN'S CLUB; WHITEY DOE, an individual, | § § § § § | |
| *Defendants*. | § § | |

**DEFENDANT'S SECOND UNOPPOSED MOTION TO EXTEND TIME
TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S ORIGINAL COMPLAINT**

Defendant A&D Interests, Inc., d/b/a Heartbreakers Gentleman's Club asks the Court to extend its time to file an answer or other responsive pleading until such time as Plaintiff, Stacey Kibodeaux, files an amended complaint. Plaintiff agrees to this proposal and anticipates filing an amended complaint within the next 14 days.

**BACKGROUND**

Plaintiff filed her Original Complaint on January 14, 2020. (Dkt. No. 1). The Court granted Defendant's unopposed motion for extension of time to respond to the Plaintiff's complaint. (Dkt. No. 10), setting March 17, 2020 as Defendant's deadline.

Defendant timely filed its Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6). (Dkt. No. 17). However, the Court, citing Magistrate Judge Edison's Procedure 6.E, alerted Defendant to the filing's deficiency in its Order Striking Pleading on March 19, 2020. (Dkt. No. 13). The undersigned, recognizing the error, immediately conferred with Plaintiff's counsel.

The parties have agreed that in lieu of requesting a pre-motion conference with the Court and proceeding with Rule 12(b) motion practice at this time, it would be more efficient for Plaintiff

1

to first file an amended complaint, with Defendant's time to file an answer or other responsive pleading extended for a period of 21-days. FED. R. CIV. P. 12(a)(1)(A). If Defendant has reason to file another Rule 12 motion, it will most certainly comply with the Court's pre-filing procedures.

## CONCLUSION

Defendant A&D Interests, Inc., d/b/a Heartbreakers Gentleman's Club asks the Court to grant this unopposed motion, and for any other relief to which it may be entitled.

Respectfully submitted,

**WALLACE & ALLEN, LLP**

*/s/ William X. King*
Casey T. Wallace
State Bar No. 00795827
William X. King
State Bar No. 24072496
440 Louisiana, Ste. 1500
Houston, Texas 77002
Telephone: (713) 227-1744
Facsimile: (713) 227-0104
cwallace@wallaceallen.com
wking@wallaceallen.com
**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Defendant conferred with counsel for Plaintiff, Jarrett Ellzey via telephone on March 19, 2020. Mr. Ellzey has agreed to the relief requested herein.

*/s/ William X. King*
William X. King

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that the foregoing document has been served on counsel of record in accordance with the Federal Rules of Civil Procedure via email and/or filing through the Court's ECF System on March 20, 2020.

    Jarrett L. Ellzey
    W. Craft Hughes
    Leigh Montgomery
    Hughes Ellzey, LLP
    1105 Milford Street
    Houston, Texas 77066
    Telephone: (713) 554-2377
    Facsimile: (888) 995-3335
    jarrett@hughesellzey.com

    Jesenia A. Martinez
    Kristensen, LLP
    12540 Beatrice Street, Ste. 200
    Los Angeles, California 90066
    Telephone: (310) 507-7924
    Facsimile: (310) 507-7906
    jesenia@kristensenlaw.com
    **ATTORNEYS FOR PLAINTIFF**

                                            */s/ William X. King*
                                              William X. King