THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| STACEY KIBODEAUX aka ILLUSION, HAILEY CHAPMAN aka DAISY, JEAN HOFFMEISTER aka JOHNE and ROXANNE MURILLO aka UNIQUE/ROXANNE, individuals, | § § § § § § | Case No.: 3:20-cv-00008 JURY TRIAL DEMANDED |
| Plaintiff, vs. | § § § § | |
| A&D INTERESTS, INC. D/B/A HEARTBREAKERS GENTLEMAN'S CLUB, MIKE A. ARMSTRONG, PEGGY A. ARMSTRONG AND WHITEY DOE, INDIVIDUALS, Defendants. | § § § | |

## **[PROPOSED] ORDER**

This Court, having considered Plaintiffs Stacey Kibodeaux, Hailey Chapman, Jean Hoffmeister, and Roxanne Murillo's ("Plaintiffs") Motion for Conditional Certification and Issuance of Notice Pursuant to Section 216(b) of the FLSA, the response in opposition, the evidence and record before it, and the arguments of counsel as allowed, finds that said Motion should be GRANTED.

It is, therefore, ORDERED that conditional certification is granted for a class defined as follows:

> **Anyone who has worked as a dancer at Heartbreakers during the three-year period before this order, October 27, 2017 through October 27, 2020.**

It is further ORDERED that Defendants shall also provide Plaintiffs with a list of all individuals fitting the description of the conditionally certified class in a usable electronic format

by _____, 2021. This list shall include each individual's full name, last known mailing address, email address, telephone number, and date(s) working as a dancer at Heartbreakers

      Plaintiffs shall have fourteen (14) days from the receipt of the necessary contact information to send notice to the potential class members by first-class mail, email, and text message. The opt-in period shall be sixty (60) days from the date the notice is sent. A reminder notice may be sent to putative class members by email, first-class mail, and text message. Heartbreakers is also ordered to post the notice and consent form in a common employee space. The posting shall be made on the date notice is sent and continue for the 60-day opt-in period.

      It is so ORDERED.

      Signed this \_\_\_\_\_ day of _____, 2021.

_____
HON. ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE