EXHIBIT 2

Re: Heartbreakers Gentleman's Club Federal Lawsuit

## CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

1. I consent and agree to pursue my claims arising out of my performing at Heartbreakers in connection with the above-referenced lawsuit.

2. I work/worked as an exotic dancer for Heartbreakers in Dickinson, Texas, from on or about _____,_____ (month, year) to on or about _____,_____ (month, year).

3. I understand that this lawsuit is brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or resolutions of this action under the federal wage law.

4. I hereby designate Jarrett Ellzey of Hughes Ellzey LLP at 1105 Milford Street, Houston, Texas 77006 to represent me for all purposes in this action.

5. I also designate the named Plaintiff in this action, the collective action representative, as my agent to make decisions on my behalf concerning all aspects of the litigation.

Signature: _____
Date: _____
Name: _____
Address: _____
_____
Telephone: _____
E-Mail: _____

Send your consent form to any of the following firms, via e-mail, fax, U.S. Mail, screenshot then e-mail or screenshot and text\*\*:

Jarrett Ellzey
**HUGHES ELLZEY LLP**
1105 Milford St.
Houston, Texas 77006
Telephone: (713) 322-6387
\*\*Text or Call: (713) 514-6609
Fax: (888) 995-3335
*Dancer@hughesellzey.com*