UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| STACEY KIBODEAUX, *et al.*, § § *Plaintiffs*, § § § v. § § A&D INTERESTS, INC., d/b/a § HEARTBREAKERS GENTLEMEN'S § CLUB, *et al.*, § § *Defendants* § | CIVIL ACTION NO. 3:20-cv-00008 |

## ORDER GRANTING MOTION FOR STAY

Before the Court is the Opposed Motion for Stay filed by Defendants, Mike Armstrong, Peggy Armstrong, and A&D Interests, Inc., d/b/a Heartbreakers Gentlemen's Club. Defendants ask the Court to stay their compliance with the Opinion and Order dated January 10, 2022 ("Order") (Doc. No. 93), pending Defendants' filing and resolution of their petition for writ of mandamus with the Fifth Circuit.

The Court **STAYS** Defendants' compliance with the Order to allow for orderly appellate review.

SIGNED this 24th day of January 2022.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE

1