UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| Stacey Kibodeaux | § | |
| | § | |
| *versus* | § | Case Number: 3:20−cv−00008 |
| | § | |
| A&D Interests, Inc. d/b/a Heartbreakers Gentleman's Club, et al. | § | |

# Notice of Cancellation

A proceeding in this case has been canceled as set forth below.

    Canceled setting: Status Conference

    Date and Time: 1/13/2023 at 10:00 AM

Date: January 10, 2023

                                                          Nathan Ochsner, Clerk