United States District Court
Southern District of Texas
**ENTERED**
January 11, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| STACEY KIBODEAUX, *et al.*, § § § Plaintiffs. § § v. § § A&D INTERESTS, INC. d/b/a § HEARTBREAKERS GENTLEMAN'S § CLUB, *et al.*, § § § Defendants. § | CIVIL ACTION NO. 3:20-cv-00008 |

## CONDITIONAL DISMISSAL ORDER

The Court has been advised that a settlement has been reached between the parties. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiffs' claims, unless any party represents in writing filed with the Court on or before Friday, February 10, 2023 that the settlement could not be completely documented.

SIGNED this 10th day of January 2023.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE